FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULLIAN ARMSTRONG,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL PEREZ and CRYSTAL DOE,<br><br>                Defendants. | NO: 2:25-CV-0420-TOR<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS |

Plaintiff, an individual incarcerated at the Airway Heights Corrections Center, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 on October 21, 2025. ECF No. 1. Plaintiff did not pay the $405.00 filing fee ($350.00 statutory filing fee, plus $55.00 administrative fee) to commence this action or properly seek leave to proceed *in forma pauperis*.

On November 21, 2025, this Court issued an Order to Comply with Filing Fee or *In Forma Pauperis* Requirements within thirty days. *See* ECF No. 4. The Court directed Plaintiff to obtain and submit certified copies of account statements from

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 1

each facility where he was confined for the period starting on April 21, 2025, and ending on October 21, 2025, and if Plaintiff was not incarcerated for any period of that time, he was to clarify his incarceration status and explain why he should not be required to submit copies of his inmate account statements. *Id.* at 2. In the alternative, Plaintiff could have paid the $405.00 filing fee. *Id.* at 3.

The Court cautioned Plaintiff that his failure to comply with the Order would result in the dismissal of this case. *Id*. He has filed nothing further. Accordingly, for the reasons set forth above and in the Court's prior Order, ECF No. 4, **IT IS ORDERED:**

(1) This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

(2) The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at this last known address, and **CLOSE** the file.

**DATED January 6, 2026**.

THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 2