FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JULLIAN ARMSTRONG,

                    Plaintiff,

        v.

MICHAEL PEREZ and CRYSTAL DOE,

                    Defendants.

NO:  2:25-CV-420-TOR

ORDER DENYING MOTION TO RECONSIDER

BEFORE THE COURT is Plaintiff's Motion to Reconsider, ECF No. 8, accompanied by a short form application to proceed *in forma pauperis* and a PLRA statement covering the period from March 31, 2025, to September 30, 2025.  ECF Nos. 9 and 10.   Plaintiff is proceeding *pro se*; Defendants have not been served. The Motion was considered without oral argument on the date signed below.

By Order filed January 6, 2026, the Court dismissed this action because Plaintiff, an individual incarcerated at the Airway Heights Corrections Center, had failed to provide a statement of account covering the six-month period immediately

ORDER DENYING MOTION TO RECONSIDER -- 1

preceding the filing of the complaint on October 21, 2025, as required by 28 U.S.C. § 1915(b)(2). ECF No. 6. *See e.g.* ECF No. 5 (Account Statement received December 9, 2025, covered only a defined period between May 31, 2025, and November 30, 2025). Because Plaintiff did not timely submit the requisite account statement for the period beginning on April 21, 2025, or pay the filing fee as directed, his action was dismissed without prejudice. ECF No. 6 at 2.

The Court finds no basis to reconsider the dismissal order. Plaintiff was given multiple opportunities to supply the required information. *See* ECF Nos. 3 and 4. He did not timely comply with an Order of this Court, and he has provided no explanation for his failure to do so.

If Plaintiff wishes to file a new and separate action, he is free to do so. He will need to comply with the filing fee and *in forma pauperis* requirements for any new action he chooses to file in this Court.

Accordingly, **IT IS ORDERED:**

(1)    Plaintiff's Motion for Reconsideration, **ECF No. 8**, is **DENIED.**

(2)    The file shall remain **closed**.

(3)    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

ORDER DENYING MOTION TO RECONSIDER -- 2

The Clerk of Court is directed to enter this Order and provide a copy to Plaintiff.

**DATED** March 13, 2026.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION TO RECONSIDER -- 3